IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 11- |
| ) | |
| MARY LYNN OTTEN, ) | VIO: Title 29, United States Code, |
| ) | Section 439 (b) |
| ) | |
| Defendant. ) | |

**I N F O R M A T I O N**

THE UNITED STATES ATTORNEY CHARGES:

At all times material, Musicians Local 26 (hereafter, "union") was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq.

That on or about March 29, 2009, in the Central District of Illinois and elsewhere,

MARY LYNN OTTEN,

the defendant herein, did make a false statement and representation of material fact knowing it to be false in a report and document required to be filed by the union with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is the annual financial report form LM3 for the union's fiscal

year ending on December 31, 2008 in that the defendant failed to accurately report the amount of money received by the defendant;

In violation of Title 29, United States Code, Section 439 (b).

UNITED STATES OF AMERICA

JAMES A. LEWIS
*UNITED STATES ATTORNEY*

<u>S:/Darilynn J. Knauss</u>
Darilynn J. Knauss
Supervisory Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309-671-7050